UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADAN LARIOS-GONZALEZ                           :

                                               :       ORDER OF DISCONTINUANCE
            Plaintiff,                                 21 Civ. 775 (GWG)
                                               :
    -v.-
                                               :

                                               :
BROADWAY FRUIT MARKET LLC et al.,
                                               :

            Defendant.                         :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This case contains claims under the Fair Labor Standards Act.  On October 19, 2021, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  In a filing dated November 3, 2021 (Docket # 34 ), the parties have submitted their proposed settlement agreement.  Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable.  The settlement is approved.

     Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.

     Any pending motions are moot.  The Clerk is requested to close the case.

     SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge